IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| GRANGE INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | Case No. 3:23-cv-145-TES |
| | * |
| MARK MARTIN, et al, | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated September 24, 2024 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff.

This 25th day of September, 2024.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk