IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **GRANGE INSURANCE COMPANY,**  *Plaintiff,*  v.  **MARK MARTIN,** *et al.,*  ***Defendants.*** | **CIVIL ACTION NO. 3:23-cv-00145-TES** |

**ORDER**

This matter is before the Court on remand from the United States Court of Appeals for the Eleventh Circuit for the limited purpose of determining whether diversity jurisdiction existed at the time this action was filed. *See* [Doc. 41]. The Eleventh Circuit found that the pleadings "did not sufficiently allege the parties' citizenships" and directed this Court to "determine[e] the parties' citizenships and whether diversity jurisdiction existed when this action was filed." [*Id.* at p. 4].

Accordingly, the Court **ORDERS** the parties to file sworn declarations **by Friday, February 28, 2025**, establishing the citizenships of:

(1) Plaintiff Grange Insurance Company, including its state of incorporation and principal place of business;

(2) Defendants Mark Martin, Shannon Martin, and Maria O. Harris, establishing their respective states of domicile (and not merely their residence); and

(3) Defendant Classic City Clydesdales LLC, including identification of each member and their respective citizenships.

**SO ORDERED**, this 20th day of February, 2025.

S/ Tilman E. Self, III  
**TILMAN E. SELF, III, JUDGE**  
**UNITED STATES DISTRICT COURT**